```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
CARLOS ALBERTO FINOCHIETTO,       :
                Plaintiff,        :      ORDER
          -against-               :      09 Civ. 2087 (LAP)(MHD)
LUCIANO RISTORANTE, INC.,         :
ET AL.,
                Defendants.       :
--------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

1. Initial disclosures are to be made by **June 12, 2009**.

2. The parties are to serve their written discovery requests by **June 18, 2009**.

3. All discovery is to be completed by **September 11, 2009**.

4. The parties are to submit a joint pre-trial order by **September 30, 2009**, unless a potentially dispositive motion has been served by that date.

**DATED:** **New York, New York**
**June 4, 2009**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

Jeffrey M. Gottlieb, Esq.
Dana Lauren Gottlieb, Esq.
Gottlieb & Associates
150 E. 18 St.
Suite PHR
New York, NY 10003

Salvatore G. Gangemi, Esq.
Gangemi Law Firm, P.C.
82 Wall Street, Ste. 300
New York, NY 10005

Tejash V. Sanchala, Esq.
The Sanchala Firm, PLLC
700 White Plains Road
Ste. 225
Scarsdale, NY 10583