```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

CARLOS ALBERTO FINOCHIETTO,       :

                Plaintiff,        :        ORDER

        -against-                 :        09 Civ. 2087 (LAP)(MHD)

LUCIANO RISTORANTE, INC.,         :
ET AL.,
                                  :
                Defendants.       :
---------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A telephone conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

1. All discovery is to be completed by **October 30, 2009**.

2. The parties are to submit a joint pre-trial order by **November 30, 2009**, unless a potentially dispositive motion has been served by that date.

**DATED:**  New York, New York
         September 23, 2009

                                        SO ORDERED.

                                        _____
                                        **MICHAEL H. DOLINGER**
                                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Jeffrey M. Gottlieb, Esq.
Dana Lauren Gottlieb, Esq.
Gottlieb & Associates
150 E. 18 St.
Suite PHR
New York, NY 10003

Salvatore G. Gangemi, Esq.
Gangemi Law Firm, P.C.
82 Wall Street, Ste. 300
New York, NY 10005

Tejash V. Sanchala, Esq.
The Sanchala Firm, PLLC
700 White Plains Road
Ste. 225
Scarsdale, NY 10583